UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

CAMERON FOSTER, )
 )
       Movant, )
 )
  vs. ) No. 4:05CV662-DJS
 )
UNITED STATES OF AMERICA, )
 )
       Respondent. )

### JUDGMENT

Pursuant to the order entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is denied.

**IT IS FURTHER ORDERED,** pursuant to §2253 and Slack v. McDaniel, 529 U.S. 473, 483-84 (2000), that no certificate of appealability shall issue from this Court.

Dated this   3rd   day of October, 2005.

                                      /s/Donald J. Stohr
                                      UNITED STATES DISTRICT JUDGE